> Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington
> February 9, 2022
> RAVI SUBRAMANIAN, Clerk
> By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR22-013 LK |
|---|---|
| Plaintiff, | **INDICTMENT** |
| v. | |
| JUSTIN CHRISTOPHER MOORE, | |
| Defendant. | |

The Grand Jury charges that:

## COUNT 1

### (Unlawful Possession of Destructive Devices)

On or about September 7, 2020, in King County, within the Western District of Washington, JUSTIN CHRISTOPHER MOORE did knowingly possess destructive devices, that is, incendiary devices known as a Molotov cocktails, that were not registered to him in the National Firearms Registration and Transfer Record.

//
//
//
//
//

Indictment - 1
United States v. Moore
USAO No. 2021R01356

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 26, United States Code, Sections 5861(d) and 5845(a)(8).

A TRUE BILL:

DATED: 09 February 2022

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
NICHOLAS W. BROWN
United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

Indictment - 2
*United States v. Moore*
USAO No. 2021R01356

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970