1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

| UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-0013-LK |
|---|---|
| Plaintiff, | ORDER CONTINUING TRIAL |
| v. | DATE AND EXTENDING PRETRIAL MOTIONS DEADLINE |
| JUSTIN CHRISTOPHER MOORE, | |
| Defendant. | |

16

17

18

19

    THE COURT has considered Justin Moore's unopposed motion to continue the trial date and extend the deadline for pretrial motions, Dkt. No. 25, as well as Mr. Moore's waiver of his rights to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161, through October 17, 2022, Dkt. No. 26. The Court finds that:

20

21

22

23

24

    (a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(e) the additional time requested between the current trial date of April 18, 2022, and the new trial date is necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial, considering counsel's schedule and all of the facts set forth above and in Mr. Moore's motion, Dkt. No. 25; and

(f) the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to October 3, 2022, and that pretrial motions shall be filed no later than August 22, 2022.

Dated this 23rd day of March, 2022.

Lauren King
United States District Judge

ORDER CONTINUING TRIAL DATE AND EXTENDING PRETRIAL MOTIONS DEADLINE - 2