UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JUSTIN CHRISTOPHER MOORE,<br><br>Defendant. | CASE NO. 2:22-cr-0013-LK<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE |

The Court has considered Defendant Justin Moore's motion to extend the deadline for pretrial motions and the record in this case. Dkt. No. 28. The Government does not oppose the motion. *Id.* at 1. The Court ORDERS that pretrial motions are due no later than August 29, 2022.

Dated this 23rd day of August, 2022.

*Lauren King*

Lauren King
United States District Judge