UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    v.<br><br>JUSTIN CHRISTOPHER MOORE,<br><br>                Defendant. | CASE NO. 2:22-CR-00013-LK<br><br>ORDER CONTINUING SENTENCING |

      This matter comes before the Court on Defendant Justin Christopher Moore's Unopposed Motion to Continue Sentencing. Dkt. No. 37. On October 7, 2022, the Court accepted Mr. Moore's plea of guilty to the charge contained in Count 1 of the Indictment. Dkt. No. 36 at 1. Sentencing is currently set for December 21, 2022. Dkt. No. 32.

      Mr. Moore asks the Court to continue sentencing to March 29, 2023 to allow additional time for an expert to examine Mr. Moore regarding his mental health and "complete any necessary work following that examination." Dkt. No. 37 at 1–2. Although the Court generally "must impose sentence without unnecessary delay," it may, for "good cause," deviate from the time limits prescribed by the Federal Rules of Criminal Procedure. *See* Fed. R. Crim. P. 32(b); *accord United*

ORDER CONTINUING SENTENCING - 1

*States v. Firestack-Harvey*, No. 13-CR-0024-TOR, 2015 WL 3533222, at *3 (E.D. Wash. June 4, 2015) (staying sentencing to allow parties adequate time to prepare). And the Local Rules expressly contemplate a sentencing continuance "based on the need for more time." LCrR 32(i)(1)(B). Here, Mr. Moore has demonstrated good cause for additional time to give him the opportunity to conduct the tasks listed above. The Court finds that the interests of the public and the defendant in an immediate sentencing in this case are outweighed by the ends of justice.

Finding good cause, the Court CONTINUES sentencing to March 29, 2023 at 10:00 a.m.

Dated this 2nd day of December, 2022.

Lauren King
United States District Judge